**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Dickerson      Desmond        J
      (Last)          (First)     (Initial)

Prisoner Number  T78938

Institutional Address  Salinas Valley State Prison

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Desmond Jordan Dickerson
(Enter the full name of plaintiff in this action.)

vs.

The City of Oakland and The Oakland Police Department and Officer Jason Mitchell Badge # 8494
(Enter the full name of the defendant(s) in this action)

Case No.  CV 08 3305
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

E-filing  (PR)  CW

*[All questions on this complaint form must be answered in order for your action to proceed..]*

1. Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A. Place of present confinement  Salinas Valley State Prison

   B. Is there a grievance procedure in this institution?

      YES (✓)    NO ( )

   C. Did you present the facts in your complaint for review through the grievance procedure?

      YES (✓)    NO ( )

   D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    - 1 -

1. Informal appeal _Writ habeus corpus, Internal Affairs, citizen police review board, Chief of police, Tort claim, victim compensation form, 602_

2. First formal level _Claim against the city of Oakland that was denied_

3. Second formal level _N/A_

4. Third formal level _N/A_

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _I've exhausted all grievance procedures_

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_Desmond Jordan Dickerson_
_711 cherry way Hayward CA_
_94541_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT                - 2 -

1. NA
2. 
3. 
4. 

5. III.    Statement of Claim.

6.         State here as briefly as possible the facts of your case. Be sure to describe how each
7. defendant is involved and to include dates, when possible. Do not give any legal arguments or
8. cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9. separate numbered paragraph.

10. 1) The police officer Jason Mitchell pulled me over snatched
11. me out of the car then grabbed me by my hair and slamed me on
12. my face breaking my 2 front teeth and busting my lip in 2 places
13. and scraped up my elbow badly he also put his handcuffs on
14. so tight that they broke the skin on my wrist causing me to
15. bleed then officer mitchell took me
16. 2) Then officer took me to the for medical attension but
17. rushed me to jail before I could get my mouth stitched up
18. 3) Mitchell then took me to jail for battery on a peace officer
19. that was not picked up in court but caused me to get my parole
20. violated for 9 months inellgeble at my morsey hearing that he
21. showed up and lyed at under oath
22. 4) Mitchell falsely towed my car and while my girl friend was
23. at internal affairs office her car was towed

23. IV.    Relief.

24.         Your complaint cannot go forward unless you request specific relief. State briefly exactly
25. what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26. I want my dental work paid for and I want to be compensated for
27. pain and suffering and emotional destress, false imprisonment, Assult
28. and battery with great bodily injury, excessive force, Mayhem
    and my car being towed

COMPLAINT                                  - 3 -

1  and the city of Oakland to be sued because he works
2  for them and it happened in Oakland and they should pay
3  for police brutality

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __20__ day of __June__, 20_08_

_Desmond Dickerson_
(Plaintiff's signature)

COMPLAINT                              - 4 -



Desmond Dickerson
T78938
Salinas Valley State Prison
Facility C EP 199
P.O. Box 1050
Soledad, CA 93960-1060

Clerk of the United States District Court
for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco CA
94102

