

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Desmond Jordan Dickerson, Plaintiff,

vs.

The city of Oakland
The Oakland police
and officer Jason mitchell, Defendant.

CASE NO. CV 08 3305

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Desmond Jordan Dickerson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | *In 2006 I worked for preferd Staffing temporary*
5 | *agency in plesenton CA for 2 days that is*
6 | *the only Job I have ever had*

7 | 2.   Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ___ | No ✓ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No ✓ |
| c. | Rent payments? | Yes ___ | No ✓ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No ✓ |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ___ | No ✓ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____
_____

3.   Are you married?                                   Yes ___ No ✓

Spouse's Full Name: _____
Spouse's Place of Employment: _____
Spouse's Monthly Salary, Wages or Income:
Gross $_____ Net $_____
4.   a.   List amount you contribute to your spouse's support: $ NA

APP. TO PROC. IN FORMA PAUPERIS                  - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

___NA_____

_____

5. Do you own or are you buying a home?    Yes ___ No _✓_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No _✓_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account?   Yes ___ No _✓_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No _✓_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _✓_

_____

8. What are your monthly expenses? NA

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  Un Sure
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ✓   No ____
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  6-20-08                              Desmond Jordan Dickerson
17  DATE                                 SIGNATURE OF APPLICANT

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

Case Number: _____

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Desmond Dickerson T78938** for the last six months at

**San Quentin Prison** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **17.41** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **17.41**.

Dated: **6/24/08**

_____
[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030 .701                                     REPORT DATE: 06/24/08
                                                           PAGE NO:            1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  SAN QUENTIN PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 24, 2007 THRU JUN. 24, 2008

ACCOUNT NUMBER : T78938                   BED/CELL NUMBER:
ACCOUNT NAME   : DICKERSON, DESMOND JORDAN   ACCOUNT TYPE: I
PRIVILEGE GROUP:
                              TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION     COMMENT    CHECK NUM   DEPOSITS  WITHDRAWALS  BALANCE

12/24/2007   BEGINNING BALANCE                                              0.00
     ACTIVITY FOR 2008
04/23*D930  CASH DEPOSIT   4173/R3R                 59.47                  59.47
05/01 D502  POSTAGE CHARG  4284/POST                              4.16     55.31
05/06 FC01  DRAW-FAC 1     4348/MAIN1                            55.31      0.00
05/19*DD34  EFT DEPOSIT 0  4523/JPAY               45.00                   45.00
06/10 FR01  CANTEEN RETUR  704792                                 0.11-    45.11

                       * RESTITUTION ACCOUNT ACTIVITY
DATE SENTENCED: 03/11/05                          CASE NUMBER: S462438
COUNTY CODE: ALA                                  FINE AMOUNT: $    400.00

DATE        TRANS.     DESCRIPTION                    TRANS. AMT.   BALANCE

12/24/2007  BEGINNING BALANCE                                       273.31
04/23/08    DR30       REST DED-CASH DEPOSIT           66.06-       207.25
05/19/08    DR34       REST DED-EFT DEPOSIT            50.00-       157.25

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                            TRUST ACCOUNT SUMMARY
BEGINNING      TOTAL         TOTAL        CURRENT      HOLDS       TRANSACTIONS
 BALANCE      DEPOSITS     WITHDRAWALS    BALANCE     BALANCE      TO BE POSTED
  0.00        104.47         59.36         45.11       0.00            0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                               45.11
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6/24/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY TRUST OFFICE