1  Desmond Dickerson      CDC# 778938
   ~~CTF CENTRAL DORM~~ E1   BUNK 109
2  ~~P.O. BOX 690~~
   ~~SOLEDAD CA 93960-0690~~
3

4                    UNITED STATES DISTRICT COURT

5

6              Northern        DISTRICT OF CALIFORNIA

7

8  Desmond Jordan Dickerson     )   CV NO. 08    3305
                              , )
                     IN PRO PER )
9                               )   EX-PARTE APPLICATION AND REQUEST
        Vs.                     )   FOR APPOINTMENT OF COUNSEL AND
10 The Oakland Police           )   DECLARATION OF INDIGENCY.
   The City of Oakland          )
11                              )
   Officer Jason Mitchell       )
12 # 8494                       )              E-filing
                                )
13                              )
                              , )
14           NAME OF WARDEN     )
                                )
15

16      TO THE HONORABLE COURT IN THE ABOVE ENTITLED ACTION:

17      PLEASE TAKE NOTICE THAT THE DEFENDANT, Desmond Jordan Dickerson, hereby

18 moves this Honorable Court for application and formal request for

19 appointment of Counsel and Declaration of Indigency. The Defendant is

20 currently incarcerated in the California Department of Corrections, at

21 the Salinas Valley State Prison ~~California Training Facility South~~ in Soledad California. The

22 Defendant in this matter is not a attorney, nor is he represented by one at

23 this time. The defendant however at this time has matters before this Court

24 that are complex and require the knowledge of a trained professional attorney

25 at law in order for the defendant's rights and position to be represented at

26 this time. The defendant would also like to request the courts indulgence in

27 accepting these documents and file them for him in accordance to the rules of

28 your Court with regards to his request for appointment of counsel at this

                                     -1-

1 time.

2 I declare under penalty of perjury that the above statements are true and

3 correct.

4 Executed this 20 day of ~~June~~ June 20 08, at ~~the~~

5 ~~South in Soledad California.~~ Salinas Valley State prison in Soledad

7 Respectfully Submitted

10 Desmond Jordan Dickerson

11 Defendant, In Pro Per

-2-

**DECLARATION IN SUPPORT OF MOTION FOR**
**REQUEST FOR APPOINTMENT OF COUNSEL**

I, Desmond Jordan Dickerson, HEREBY DECLARE AS FOLLOWS:

1) That I am the defendant and Ex-Parte Movant acting in propria persona within the cause of action;
2) That I am a layperson untrained in law;
3) That I am incarcerated within the California Department of Corrections, at the Salinas Valley State Prison ~~California Training Facility-South~~ in Soledad California;
4) That I am an indigent individual and I do not have the funds to pay for Counsel to represent me in this aforementioned matter before this Court.
5) That I have $0.00 income, cash, savings accounts or checking accounts;
6) That I have $0.00 assets, real property, or personal property.

Dated: June 20, 20 08.

**VERIFICATION**

I, Desmond Jordan Dickerson, am the defendant and Ex-Parte Movant in the within cause of action, I have read the statements herein, and I declare under penalty of perjury that these statements are true and correct except as to those matters based on information and belief and to those matters, I believe and am informed they are true.
Executed this 20 day of June, 20 08 at Salinas Valley ~~CTF-South in Soledad California~~.

Respectfully Submitted,


Desmond Jordan Dickerson
                                    Defendant, In Pro Per

-3-

**DECLARATION OF SERVICE BY MAIL**

CASE NAME: _____

CASE NUMBER: _____

I, Desmond Dickerson, declare that I am over the age of eighteen(18) and I am a party to the attached action. I served a copy of the attached document(s) entitled:

**EX-PARTE APPLICATION AND REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY.**

On and to the person(s) specified below by placing a true copy of said document into a sealed envelope(s) to the staff of the ~~California Training Facility-South~~ in Soledad California, who are entrusted with the logging and mailing of inmate mail addressed as follows:

Clerk of the United States District Court
for the Northern District of California
450 Golden Gate Avenue, Box 36060
94102

There is first Class mail delivery service by the United States Post Office between the place of mailing and the address(es) indicated above. I declare under penalty of perjury under the laws of the State Of California that the foregoing is true and correct, and that I executed this service on this 20 day of June, 20 08, in Soledad California.

Desmond Jordan Dickerson
Defendant, In Pro Per

-4-