RECEIVED
FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7-29-08

To Whom it may concern:

My name is Desmond Jordan Dickerson my case number is 08-3305 CW and I'm writing this letter to check on the status of my claim against the city of Oakland, The Oakland police department, and officer Jason mitchell badge # 8494 and have I been apointed a atorny yet and if so does he have a address I can write him and find out whats going on with my case and also have I been scheduled a court date to appear in front of a Judge in this matter, also have the deffendants been served and informed about the civil court law suit I am currently locked up on a parole violation in regards to this matter so I am unable to call a check on these things but if the courts have a toll free number that I can call, can you send that number also I just would like to be informed about what is all taken place thank you for your time and help

Sincerely yours
Desmond Dickerson

P.S. you can inform my Girl friend Raven Jones or my mother Lynn Renee Petty of what is going on in these matters if the inquire

Envelope image:

Return address:
Desmond Dickerson
[illegible number]
Salinas Valley State Prison
P.O. Box 1050 E-1-109
Soledad, CA 93960

STATE PRISON GENERATED MAIL

Postmark: SAN JOSE 29 JUL 2008

Addressee:
Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102